**ReedSmith**
*Driving progress through partnership*

**John S. Vishneski III**
Direct Phone: +1 312 207 2404
Email: jvishneski@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

April 5, 2023

**By Electronic Case Filing**

Hon. Lewis J. Liman
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 1620
New York, NY 10007-1312

*The requests are GRANTED. The Court strikes as moot the motion for partial judgment on the pleadings and the parties' briefing schedule. The Clerk of Court is respectfully directed to close Dkt No. 21. 4-5-23*

LEWIS J. LIMAN
United States District Judge

Re:   *Froedtert Health, Inc., et al. v. Ironshore Specialty Ins. Co.*
       Case No. 22-cv-10829-LJL
       Froedtert's Response to Ironshore's Motion for Partial Judgment on the Pleadings

Dear Judge Liman:

Plaintiffs have reviewed Defendant Ironshore's Motion for Partial Judgment on the Pleadings. In lieu of responding to the motion, Plaintiffs seek leave to amend the Amended Complaint pursuant to F.R.C.P 15(a)(2), which will resolve Ironshore's Motion for Partial Judgment on the Pleadings. A proposed Second Amended Complaint is attached hereto as Exhibit A. Furthermore, the parties conferred regarding the Second Amended Complaint and Ironshore has consented to its filing.

Accordingly, Froedtert also requests an order striking as moot (1) Ironshore's Motion for Partial Judgment on the Pleadings (Docket No. 23) and (2) the parties briefing schedule (Docket No. 28).

Very truly yours,

*John S. Vishneski III*

John S. Vishneski III

JSV:cp

cc:   Brian Margolies
      John B. Berringer
      Claire M. Whitehead

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON