UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FROEDTERT HEALTH, INC.; FROEDTERT MEMORIAL LUTHERAN HOSPITAL, INC.; COMMUNITY MEMORIAL HOSPITAL OF MENOMONEE FALLS, INC. d/b/a FROEDTERT MENOMONEE FALLS HOSPITAL; and ST. JOSEPH'S COMMUNITY HOSPITAL OF WEST BEND, INC. d/b/a FROEDTERT WEST BEND HOSPITAL;<br><br>Plaintiffs,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No.: 1:22-cv-10829-AS |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and among the parties and/or their respective counsel(s) that the above-captioned lawsuit is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

John S. Vishneski III
Claire M. Whitehead
REED SMITH LLP
*Attorneys for Plaintiffs*
10 S. Wacker Dr., 40th Floor
Chicago, IL 606
(312)207-1000
jvishneski@reedsmith.com
cmwhitehead@reedsmith.com

Brian M. Margolies
KAUFMAN BORGEEST & RYAN LLP
*Attorneys for Defendants*
200 Summit Lake Drive
Valhalla, New York 10595
(914)449-1010
bmargolies@kbrlaw.com

9480583